In the Matter of GLADYS I. MILLER et al., as Trustees of ALVIN E. IVIE, Deceased. ALVIN I. KROPFF, Appellant; IRVING TRUST COMPANY et al., Respondents.—After preargument conference, appeal from order, Supreme Court, New York County, entered on September 29, 1976, withdrawn, with prejudice and without costs to any party, but without prejudice as to any of

the issues presently on appeal in Index Nos. 18922/1974, 18923/1974 and 18924/1974. Murphy, P. J.